**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 756 MAL 2019

:

Respondent              :

:    Petition for Allowance of Appeal

:    from the Order of the Superior Court

v.                     :

:

:

SUSAN A. PANICK,         :

:

Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.